UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| McARTHUR BAKER, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ALAN FINNAN, Superintendent, et al., )<br>)<br>Defendants. ) | No. 2:08-cv-211-WTL-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 11/30/2009

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Eric James Beaver
INDIANA OFFICE OF THE ATTORNEY GENERAL
eric.beaver@atg.in.gov

Akia Haynes
INDIANA OFFICE OF THE ATTORNEY GENERAL
akia.haynes@atg.in.gov

McArthur Baker
# 893502
Wabash Valley Correctional Facility
P.O. Box 1111
6908 S. Old US Highway 41
Carlisle, IN 47838-1111