UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| McARTHUR BAKER,              )<br>                                          )<br>         Plaintiff,              )<br>                                          )<br>    vs.                               )<br>                                          )<br> ALAN FINNAN, Superintendent, et al.,  )<br>                                          )<br>         Defendants.         ) | No. 2:08-cv-211-WTL-TAB |

**Entry Discussing Request to Proceed on Appeal In Forma Pauperis**

The plaintiff's request for leave to proceed on appeal *in forma pauperis* is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id*. There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

**IT IS SO ORDERED.**

Date: 01/27/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Eric James Beaver
eric.beaver@atg.in.gov

Akia Haynes
akia.haynes@atg.in.gov

McArthur Baker
# 893502
Wabash Valley Correctional Facility
P.O. Box 1111
6908 S. Old US Highway 41
Carlisle, IN 47838-1111