UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| McARTHUR BAKER,                )<br>                                              )<br>            Plaintiff,              )<br>    vs.                                 )   No. 2:08-cv-211-WTL-TAB<br>                                              )<br>ALAN FINNAN, Superintendent, et al.,  )<br>                                              )<br>            Defendants.           )  | |

**Entry Discussing Plaintiff's Letter of April 5, 2010**

Through the plaintiff's letter dated April 5, 2010, he objects to the collection and withholding of funds from his inmate trust account for the payment of filing fees. The plaintiff has not established that any such order would be in error. A plaintiff incurs the obligation to pay the filing fee upon the filing of a lawsuit or a notice of appeal, and there are no refunds for filing fees. *Bell v. Clark*, 194 F.3d 781, 782 (7th Cir. 1999); *Abdul-Wadood v. Nathan,* 91 F.3d 1023, 1025 (7th Cir. 1996); see also *Longbehn v. United States,* 169 F.3d 1082, 1083 (7th Cir. 1999)("every litigant has the legal responsibility to pay the filing and docketing fees to the extent feasible"); *Hains v. Washington,* 131 F.3d 1248, 1250 (7th Cir. 1997) (filing fees must be paid even when a case is dismissed under § 1915A). Moreover, this court has not issued such a collection order as to either the filing fee for this action or pursuant to any order by the Seventh Circuit Court of Appeals in this case.

To the extent the plaintiff asks the court to reconsider the denial of his request to proceed *in forma pauperis* on appeal, the plaintiff has not shown that the court's "good faith" determination was erroneous and therefore any such request is denied.

**IT IS SO ORDERED.**

Date: 04/21/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Eric James Beaver
eric.beaver@atg.in.gov

Akia Haynes
akia.haynes@atg.in.gov

McArthur Baker
DOC #893502
Wabash Valley Correctional Facility
P.O. Box 1111
6908 S. Old US Highway 41
Carlisle, IN 47838-1111